371 A.2d 515

Eckenroad et ux., Appellants, v. Klimola et al.

Argued September 13, 1976.   Harold B. Fink, Jr., with him Fink & Young, for appellants; Richard W. Mutzabaugh, and Mutzabaugh & Mutzabaugh, submitted a brief for appellees.

Order affirmed.

371 A.2d 515

Egan et al. v. K & H Builders, Inc., Appellant.

Argued September 16, 1976.   R. Knauser, with him Robert C. McFadden, for appellant; Paul C. Hensel, for appellees.

Judgment affirmed.